# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

C.A. NO. 4:12-cv-03350-RBH

| | |
|---|---|
| THELMA CABRERA and MAXINE GARZA, ) ) ) PLAINTIFFS, ) ) vs. ) ) TARUS DEWAINE ALLEN and ) MARTEN TRANSPORT, LTD., ) ) DEFENDANTS. ) ) | **CONSENT ORDER** |

The parties recognize that the United States Department of Health and Human Services has issued final regulations pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), governing the privacy of individually identifiable health information obtained, created, or maintained by certain entities, including healthcare providers. Under 45 C.F.R. part 164.512(e), protected health information may be disclosed by healthcare providers and other such entities in the course of a judicial or administrative proceeding in response to the Order of a Court or administrative tribunal.

The parties agree that in the above-captioned civil action Plaintiff Garza's medical conditions are possibly at issue. Accordingly, the Court hereby orders the Florida Department of Health, Division of Disability Determinations to provide to Defendants and/or their agents, upon Defendants' request, the following as to Maxine Garza, DOB: xx/xx/59; SS#: xxx-xx-7956:

> Copies of any and all disability records, including but not limited to medical records, physicians' notes, nurses' notes, consultation reports, history and physicals, discharge summaries, lab reports, x-rays, bills, correspondence, patient questionnaires, discharge summaries, E.R. reports, operative notes, unemployment applications, unemployment claims, and unemployment payments as they pertain to Plaintiff Garza.

**IT IS SO ORDERED.**

                                                s/ R. Bryan Harwell
                                                R. Bryan Harwell
                                                United States District Judge

June 27, 2014
Florence, South Carolina

WE CONSENT:


 s/ Joshua T. Hawkins_____
Attorney for Plaintiff


 s/ Joseph W. Rohe_____
Attorney for Defendant


Date:  \_\_6/26/2014\_\_\_\_\_